UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MOHAMMED M. MOUSA,

    Petitioner,

v.

JON GURULE, ICE Field Office Director, et al.,

    Respondents.

NO. C14-1018-JLR

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation.

2. Petitioner's habeas petition is DISMISSED pursuant to 28 U.S.C. § 1406(a) for improper venue.

3. The Clerk shall send a copy of this Order to petitioner and to Judge Donohue.

DATED this 18th day of September, 2014.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL - 1